No. 72–5959.   SOLOMON v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 72–5963.   MATSON v. UNITED STATES.   C. A. 9th Cir.   Certiorari 'denied.

No. 72–5967.   SEIBERT v. ANDERSON, WARDEN.   Ct. Crim. App. Okla.   Certiorari denied.

No. 72–5970.   ESPERTI v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 72–5975.   NELSON v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 72–5977.   BRADFORD v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 72–5980.   PAIGE v. UNITED STATES.   C. A. 9th Cir.   Certiorari  denied.

No. 72–5985.   HARRIS v. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.   C. A. 9th Cir.   Certiorari denied.

No. 72–5986.   PENIX v. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.   C. A. 9th Cir.   Certiorari denied.

No. 72–5989.   BARNES v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 72–5994.   DELKER v. UNITED STATES.   C. A. 3d Cir.   Certiorari  denied.

No. 72–5997.   GANDY v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 72–6000.   WILKERSON v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.